# EXHIBIT A

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

**IN THE CIRCUIT COURT OF COLE COUNTY MISSOURI**

| | | |
|---|---|---|
| **TONISHA BIVENS,**<br>Individually And On Behalf Of<br>All Others,<br>Plaintiff,<br><br>vs.<br><br>**STERLING INFOSYSTEMS, INC.**<br>Registered Agent:<br>Paracorp Incorporated<br>222 E. Dunklin, Ste. 102<br>Jefferson City, MO 65101<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No.:<br><br>**JURY TRIAL DEMANDED** |

**PETITION**

**COMES NOW** the Plaintiff, Tonisha Bivens, brings the following class action against Defendant, Sterling Infosystems, Inc., ("Defendant"), pursuant to the Fair Credit Reporting Act ("FCRA").

**PRELIMINARY STATEMENTS**

1. Defendant is a consumer reporting agency (as a "consumer reporting agency" is defined pursuant to the FCRA).

2. Defendant provided a consumer report concerning the Plaintiff to Hampton Inn in or about August 2017.

3. Plaintiff brings this action against Defendant for violations of the FCRA.

4. Plaintiff seeks statutory damages, actual damages, injunctive relief, punitive damages, costs and attorneys' fees, and other appropriate relief pursuant to the FCRA.

**PARTIES**

5. Plaintiff is a resident of Jackson County, Missouri.

6. Defendant is a foreign company doing business in Missouri.

**JURISDICTION AND VENUE**

7. This court has jurisdiction over Plaintiff's FCRA claim pursuant to 15 U.S.C. § 1681p and Article V, Section 14(a) of the Constitution of Missouri.

8. Venue is proper in this Court pursuant to R.S.Mo. 508.010.2(4).

**FACTUAL ALLEGATIONS**

9. The report provided by Defendant to Hampton Inn contained information regarding the Plaintiff.

10. The report provided by the Defendant indicates that Plaintiff served 16 YEARS and 15 YEARS in a correctional institution.

11. Plaintiff did not serve 16 YEARS or 15 YEARS in a correctional institution.

12. Defendant's process of identifying time served is misleading and inaccurate.

13. On information and belief, individuals who have been convicted of a Felony or other crime typically have a harder time finding employment than individuals who have served no time.

14. Defendant's report improperly conveys the amount of time the Plaintiff served.

15. The Defendant's report artificially and improperly inflates the perceived amount of time she served.

16. On information and belief, an individual who served 16 YEARS in a correctional institution is given less opportunity for employment than a similarly situated individual that has served less time.

17. Defendant's report also incorrectly identifies the Plaintiff as being a SEX OFFENDER.

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

18. Plaintiff is not and has never been a SEX OFFENDER.

19. Defendant's report identifies the Plaintiff has being a Level1 SEX OFFENDER.

20. Labeling the Plaintiff as any level SEX OFFENDER is inaccurate and misleading.

21. On information and belief, individuals who have been identified as a SEX OFFENDER have a harder time finding employment than individuals who have not been identified as a SEX OFFENDER.

22. Defendant's report also incorrectly identifies the Plaintiff as having two Social Security Numbers.

23. The consumer report produced by the Defendant contains several instances where Plaintiff is identified as:

| | |
|---|---|
| Last Name | Bivens |
| First Name | Tonisha |
| Middle Name | onya |
| SSN | xxx-xx-xxxx |
| SSN | xxx-xx-####[1] |
| DOB | 9/11/xx |
| Gender | Unknown |

24. The manner in which the Defendant identifies an individual's SSN is misleading and inaccurate.

25. On information and belief, an individual that is portrayed as having two SSN's is less likely to be employed than a similar individual portrayed as having only one SSN.

26. Defendant is aware of the FCRA.

27. Defendant has knowledge that it must comply with the FCRA.

28. Defendant is required to prepare all consumer reports in accordance with the

[1] The symbols #### are used to protect Plaintiff's social security number. The actual report produced by the Defendant uses numbers in place of ####.

FCRA.

29. Defendant's multiple violations of the FCRA combined with its knowledge of the requirements of the FCRA is evidence that the Defendant's violations were willful.

## CLASS ACTION ALLEGATIONS

30. Plaintiff incorporates the foregoing paragraphs as if fully set forth herein.

31. Plaintiff asserts the following classes:

**1681e(b) Time Served Class:** All individuals who were the subject of one or more consumer reports in which Defendant identified them as having served a period of time, for which they did not, from December 21, 2012, through the conclusion of this matter.

**1681e(b) Level 1 Class:** All individuals who were the subject of one or more consumer reports in which Defendant identified them as being Level 1 Sex Offender from December 21, 2012, through the conclusion of this matter.

**1681e(b) Social Security Number Class:** All individuals who were the subject of one or more consumer reports in which Defendant identified them as having two Social Security Numbers from December 21, 2012, through the conclusion of this matter.

### Numerosity

32. The proposed class is so numerous that joinder of all class members is impracticable. Defendant regularly produces consumer reports on individuals to third parties. Defendant fails to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the reports relate. Plaintiff believes that during the relevant time period, a sufficient number of individuals would fall within the definition of the Putative Class.

### Common Questions of Law and Fact

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

33. Virtually all of the issues of law and fact in this class action predominate over any questions affecting individual class members. Among the questions of law and fact common to the class is:

a. Whether Defendant complies with 1681e and follows reasonable procedures to assure maximum accuracy of the information contained in their reports;

b. Whether Defendant complies with 1681e(b) and properly identifies the term an individual actually served in compliance with the FCRA;

c. Whether Defendant's violations of the FCRA were willful;

d. The proper measure of statutory damages and punitive damages; and

**Typicality**

34. Plaintiff's claims are typical of the members of the proposed class. Defendant is a consumer reporting agency that produces consumer reports to third parties. Defendant produces the reports in violation of the mandates of the FCRA. The FCRA violations suffered by the Plaintiff are typical of those suffered by other class members and the Defendant treated Plaintiff consistent with other Putative Class members in accordance with its standard policies and practices.

**Adequacy of Representation**

35. Plaintiff, as a representative of the class, will fairly and adequately protect the interests of the Putative Class and has no interest that conflict with or are antagonistic to the interest of the class members. Plaintiff has retained attorneys competent and experienced in class action litigation. No conflict exists between Plaintiff and members of the class. A class action is superior to any other available method for the fair and efficient adjudication this controversy, and common questions of law and fact overwhelmingly predominate over individual

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

questions that may arise.

**Superiority**

36. This case is maintainable as a class action under Rule 52(b)(1) because prosecution of actions by or against individual members of the Putative Classes would result in inconsistent or varying adjudications and create the risk of incompatible standards of conduct for Defendant. Further, adjudication of each individual class members' claim as a separate action will potentially be dispositive of the interest of other individuals not a party to such action, impeding their ability to protect their interests.

37. This case is maintainable as a class action under Rule 52(b)(2) because Defendant has acted or refused to act on grounds that apply generally to the Putative Classes, so that declaratory and/or injunctive relief is appropriate respecting the Classes as a whole.

38. Class certification is also appropriate under Rule 52(b)(3) because questions of law and fact common to the Putative Classes predominate over any questions affecting only individual members of the Putative Classes, and because a class action is superior to other methods for the fair and efficient adjudication of this litigation. Defendant's conduct described in this Complaint stems from common and uniform policies and practices, resulting in common violations of the FCRA. Members of the Putative Classes do not have an interest in pursuing separate actions against Defendant, as the amount of each class member's individual claims is small compared to the expense and burden of individual prosecution. Class certification will also obviate the need for unduly duplicative litigation that

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

might result in inconsistent judgments concerning Defendant's practices. Moreover, management of this action as a class action will not present any likely difficulties. In the interests of justice and judicial efficiencies, it would be desirable to concentrate the litigation of all Putative Class members' claims in a single forum.

39. Plaintiff intends to send notice to all members of the Putative Classes to the extent required by Rule 52. The names and address of the Putative Class members are available from Defendant's records.

## VIOLATIONS OF THE FCRA

40. Plaintiff incorporates the foregoing paragraphs as if fully set forth herein.

41. Defendant utilizes an imprecise reporting format that inaccurately identifies time served.

42. Defendant's identification of Plaintiff as using or having two social security numbers violates the FCRA.

43. Defendant's identification of Plaintiff as being a LEVEL 1 SEX Offender violates the FCRA.

44. Defendant violated the FCRA by failing to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.

45. Defendant's actions were negligent, reckless, and willful.

46. Defendant acted in deliberate or reckless disregard of its obligations and rights of Plaintiff under the provisions of the FCRA. Defendant's negligent, reckless, and/or willful conduct is reflected by, among other things, the following facts:

      Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

a. Defendant has access to legal advice;

b. Defendant produced a consumer report on the Plaintiff that contained information that was misleading and inaccurate;

c. Defendant produced a consumer report that contained information that was not prepared in a manner that it would assure the maximum accuracy of the information being provided regarding the Plaintiff; and

d. Defendant failed to abide by the FCRA.

47. Plaintiff is entitled to statutory damages of not less than $100 and not more than $1000 for each and every one of these violations, pursuant to 15 U.S.C. §1681n(a)(1)(A).

48. Plaintiff is also entitled to punitive damages for these violations, pursuant to 15 U.S.C. §1681n(a)(2).

49. Plaintiff is further entitled to recover their costs and attorneys' fees, pursuant to 15 U.S.C. §1681n(a)(3).

**Negligence Per Se**

50. Plaintiff incorporates the foregoing paragraphs as if fully set forth herein.

51. The Defendant violated the provisions of the FCRA.

52. The FCRA is a consumer protection statute designed to protect the privacy of individuals and ensure accurate consumer reporting.

53. Plaintiff is a consumer designed to be protected by the FCRA.

54. The Defendant's failure to use reasonable procedures to assure maximum possible accuracy violated the FCRA.

55. The Defendant's failure to correctly report time served violates the FCRA.

56. Defendant's identification of Plaintiff as using or having two social security numbers violates the FCRA.

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

57. Defendant's identification of Plaintiff as being a LEVEL 1 SEX Offender violates the FCRA.

58. A consumer reporting agency's reporting of inaccurate information because it failed to use reasonable procedures to assure maximum possible accuracy is one of the purposes the FCRA was designed to protect against.

59. Defendant's violation of the FCRA has injured the Plaintiff.

60. Defendant's violation of the FCRA is the cause of Plaintiff's injury.

61. Defendant's failure to abide by the FCRA's accuracy mandates violates the company's legal duty.

**WHEREFORE,** the Plaintiff respectfully requests that this Court issue an Order for the following:

a. An Order that this action may proceed as a class action under Rule 52 of the Missouri Rules of Civil Procedure;

b. Order designating Plaintiff as class representative and designating Plaintiff's counsel as counsel for the Putative Class;

c. Order directing proper notice to be mailed to the Putative Classes at Defendant's expense;

d. Order finding that Defendant committed multiple, separate violations of the FCRA;

e. Order finding that Defendant acted negligently, recklessly, and/or willfully in deliberate or reckless disregard of Plaintiff's rights and its obligations of the FCRA;

f. Order awarding statutory damages and punitive damages as provided the

Electronically Filed - Cole Circuit - December 21, 2017 - 09:12 AM

FCRA;

g. Order awarding reasonable attorneys' fees and costs as provided by the FCRA; and

h. Order finding that the Defendant breached the implied contract with the Plaintiff and other class memebrs;

i. Order granting other and further relief, in law or equity, as allowed by law and as this Court may deem appropriate and just.

j. Order finding that the Plaintiff has made a submissible case of negligence per se and order all appropriate damages, attorneys' fees and costs, and all other relief allowed by law.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action and claims with respect to which Plaintiff has a right to jury trial.

By: /s/ C. Jason Brown
Charles Jason Brown MO 49952
Jayson A. Watkins MO 61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-424-1390
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF

Electronically Filed - Cole Circuit - December 21, 2017 - 09:13 AM

**IN THE CIRCUIT COURT OF COLE COUNTY MISSOURI**

**TONISHA BIVENS,**
Individually And On Behalf Of
All Others,

Plaintiffs,

vs.

**STERLING INFOSYSTEMS, INC.,**
Defendant.

Case No.:

## ENTRY OF APPEARANCE

**COMES NOW** Jayson Watkins and hereby enters his appearance as counsel of record for Plaintiff and those similarly situated in the above captioned matter.

Respectfully submitted,

By: /s/ Jayson A. Watkins

Jayson A. Watkins MO #61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
watkins@brownandwatkins.com
ATTORNEY FOR PLAINTIFF



# IN THE 19TH JUDICIAL CIRCUIT COURT, COLE COUNTY, MISSOURI

| Judge or Division: JON EDWARD BEETEM | Case Number: 17AC-CC00628 | |
|---|---|---|
| Plaintiff/Petitioner: TONISHA BIVENS vs. | Plaintiff's/Petitioner's Attorney/Address CHARLES JASON BROWN 301 S US HIGHWAY 169 GOWER, MO 64454-9116 | |
| Defendant/Respondent: STERLING INFOSYSTEMS, INC. | Court Address: 301 E HIGH JEFFERSON CITY, MO 65101 | |
| Nature of Suit: CC Other Miscellaneous Actions | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: STERLING INFOSYSTEMS, INC.**
**Alias:**

**C/O PARACORP INCORPORATED**
**222 E. DUNKLIN, STE. 102**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*
CIRCUIT COURT OF MISSOURI
*COLE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**12/21/17**
Date

by msh

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).

☐ other ______________.

Served at ______________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________ Printed Name of Sheriff or Server

______________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________ (date).

My commission expires: ______________ Date ______________ Notary Public

**Sheriff's Fees**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $______ (_____ miles @ $._____ per mile) |
| **Total** | $______ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.


Copy Request for Civil Complaint
Jankowski, Jason R.
to:
'cole.web@courts.mo.gov'
12/26/2017 08:34 AM
Hide Details
From: "Jankowski, Jason R." <JJankowski@ReedSmith.com>
To: "'cole.web@courts.mo.gov'" <cole.web@courts.mo.gov>

FILED
DEC 26 2017
COLE COUNTY
CIRCUIT COURT

Good morning,

I would like to request a copy of the Complaint for the following Cole County Circuit Court case below. Please let me know if you need any additional information.

**Plaintiffs: Tonisha Bivens, individually and on behalf of all others similarly situated**
**Defendants: Sterling Infosystems Inc.**
**Court Name: Cole County Circuit Court, Missouri**
**Case Number: 17AC-CC00628**
**Filing Date: 12/21/2017**

Thank you,

Jason Jankowski | Research Services Specialist
ReedSmith LLP | Reed Smith Centre | 225 Fifth Avenue | Pittsburgh, PA 15222-2716
Tel: 412.288.3075 | Fax: 412.288.3063 | reedsmith.com

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

Invoice No. 2017-000303

# Dawnel Davidson ~ Circuit Clerk

*19th Judicial Circuit Court*
*Cole County Courthouse*
*301 E. High Street ~ P.O. Box 1870*
*Jefferson City, MO 65102*

**To Pay By Phone, Please Call: 573-761-4368**

# INVOICE

**Customer**

Name: ReedSmith LLP
Reed Smith Center
Address: 225 Fifth Ave
City: Pittsburg State PA ZIP 15222
Phone: 412-288-3075

**Misc**

Date: 12/26/2017
Case #: 17AC-CC00628
Requested by: Jason Jankowski

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 10 | Copies at $.50 per page | $ 0.50 | $ 5.00 |
| | Certification | $ 1.00 | $ - |
| | Copies at $.50 per pages | $ 0.50 | $ - |
| | Postage & Handling | $ 0.50 | $ - |
| | Fax Copies | $ 0.50 | $ - |
| | Minimum Copy Cost | $ 3.00 | $ - |
| | Copy of CD (Containing Court Records, etc) | $ 65.00 | $ - |

| | |
|---|---|
| SubTotal | $ 5.00 |
| Shipping | |
| Tax Rate(s) | |
| **TOTAL** | $ 5.00 |

**Payment**

Comments: Please attach a copy of this invoice with payment. Thank You!
Name:
Check #:
Date:

*We appreciate your prompt payment! Thank you!*

**Request Completed by:** *cs*

*Dawnel Davidson~ Circuit Clerk*



Copy Request for Civil Complaint
Jankowski, Jason R.
to:
'cole.web@courts.mo.gov'
12/26/2017 08:34 AM
Hide Details
From: "Jankowski, Jason R." <JJankowski@ReedSmith.com>
To: "'cole.web@courts.mo.gov'" <cole.web@courts.mo.gov>

FILED
DEC 26 2017
COLE COUNTY
CIRCUIT COURT

Good morning,

I would like to request a copy of the Complaint for the following Cole County Circuit Court case below. Please let me know if you need any additional information.

**Plaintiffs: Tonisha Bivens, individually and on behalf of all others similarly situated**
**Defendants: Sterling Infosystems Inc.**
**Court Name: Cole County Circuit Court, Missouri**
**Case Number: 17AC-CC00628**
**Filing Date: 12/21/2017**

Thank you,

Jason Jankowski | Research Services Specialist
ReedSmith LLP | Reed Smith Centre | 225 Fifth Avenue | Pittsburgh, PA 15222-2716
Tel: 412.288.3075 | Fax: 412.288.3063 | reedsmith.com

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

Electronically Filed - Cole Circuit - January 03, 2018 - 08:55 AM

# AFFIDAVIT OF SERVICE

**State of Missouri** **County of Cole** **Circuit Court**

Case Number: 17AC-CC00628

Plaintiff/Petitioner:
**TONISHA BIVENS, individually and on behalf of all others**
vs.
Defendant/Respondent:
**STERLING INFOSYSTEMS, INC.**

Received by HPS Process Service & Investigations to be served on **Sterling Infosystems, Inc., c/o Paracorp Incorporated, 222 East Dunklin, Suite 102, Jefferson City, MO 65101.** I, DAVID M. ROBERTS, being duly sworn, depose and say that on the 21 day of DEC., 20 17 at 3:06 pm., executed service by delivering a true copy of the Summons in Civil Case and Petition in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving LAURA SOUDEN as designee for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving ______ as ______ for the above-named entity.

( ) CORPORATE SERVICE: By serving ______ as ______ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

() NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** ______

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 22nd day of Dec., 17 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2020

[signature]
PROCESS SERVER # PPS17-0154
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2017020893

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d



Electronically Filed - Cole Circuit - January 03, 2018 - 08:55 AM



# IN THE 19TH JUDICIAL CIRCUIT COURT, COLE COUNTY, MISSOURI

| Judge or Division: JON EDWARD BEETEM | Case Number: 17AC-CC00628 |
|---|---|
| Plaintiff/Petitioner: TONISHA BIVENS vs. | Plaintiff's/Petitioner's Attorney/Address CHARLES JASON BROWN 301 S US HIGHWAY 169 GOWER, MO 64454-9116 |
| Defendant/Respondent: STERLING INFOSYSTEMS, INC. | Court Address: 301 E HIGH JEFFERSON CITY, MO 65101 |
| Nature of Suit: CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: STERLING INFOSYSTEMS, INC.**
**Alias:**

**C/O PARACORP INCORPORATED**
**222 E. DUNKLIN, STE. 102**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF* COURT OF CIRCUIT MISSOURI *COLE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

12/21/17
Date

Further Information:

[signature] by msh

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ________ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to PARACORP INC. Laura Souden (name) designee (title).

☐ other ________

Served at 222 E. Dunklin, Ste. 102, Jefferson City, MO 65101 (address)

in Cole (County/City of St. Louis), MO, on 12/21/17 (date) at 3:06 pm (time).

DAVID M. ROBERTS
Printed Name of Sheriff or Server

[signature] D M Roberts
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on 12-22-17 (date).

My commission expires: 12-4-20
Date

[signature] Notary Public

PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2020

**Sheriff's Fees**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ (____ miles @ $.____ per mile) |
| **Total** | **$** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - Cole Circuit - January 03, 2018 - 08:55 AM

# AFFIDAVIT OF SERVICE

**State of Missouri** **County of Cole** **Circuit Court**

Case Number: 17AC-CC00628

Plaintiff/Petitioner:
**TONISHA BIVENS, individually and on behalf of all others**
vs.
Defendant/Respondent:
**STERLING INFOSYSTEMS, INC.**

Received by HPS Process Service & Investigations to be served on **Sterling Infosystems, Inc., c/o Paracorp Incorporated, 222 East Dunklin, Suite 102, Jefferson City, MO 65101.** I, DAVID M. ROBERTS, being duly sworn, depose and say that on the 21 day of DEC., 2017 at 3:06 p.m., executed service by delivering a true copy of the Summons in Civil Case and Petition in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving LAURA SOUDEN as designee for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving ______ as ______ for the above-named entity.

( ) CORPORATE SERVICE: By serving ______ as ______ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

() NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** ______

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 22nd day of Dec., 17 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2020

[signature: D. M. Roberts]

PROCESS SERVER # PPS17-0154
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2017020893

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d

Electronically Filed - Cole Circuit - January 03, 2018 - 08:55 AM

# IN THE 19TH JUDICIAL CIRCUIT COURT, COLE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JON EDWARD BEETEM | Case Number: 17AC-CC00628 |
| Plaintiff/Petitioner:<br>TONISHA BIVENS | Plaintiff's/Petitioner's Attorney/Address<br>CHARLES JASON BROWN<br>301 S US HIGHWAY 169<br>GOWER, MO 64454-9116 |
| vs. | |
| Defendant/Respondent:<br>STERLING INFOSYSTEMS, INC. | Court Address:<br>301 E HIGH<br>JEFFERSON CITY, MO 65101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** **STERLING INFOSYSTEMS, INC.**
**Alias:**

**C/O PARACORP INCORPORATED**
**222 E. DUNKLIN, STE. 102**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*COLE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

12/21/17
Date

[signature] by msh

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to PARACORP INC. LAURA SOUDEN (name) designee (title).

☐ other ______

Served at 222 E. Dunklin, Ste. 102, Jefferson City, MO 65101 (address)

in COLE (County/City of St. Louis), MO, on 12/21/17 (date) at 3:06 pm (time).

DAVID M. ROBERTS
Printed Name of Sheriff or Server

[signature]
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on 12-22-17 (date).

My commission expires: 12-4-20
Date

[signature]
Notary Public

PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2020

**Sheriff's Fees**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ ( ____ miles @ $.____ per mile) |
| **Total** | $ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.